UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TAVONN R. JENKINS, TAVONN R. JENKINS, JR. BY PARENT AND NEXT FRIEND TAVONN R. JENKINS, and MIA CHERIE JENKINS BY PARENT AND NEXT FRIEND TAVONN R. JENKINS, | : : : : CIVIL CASE NO.: : |
| Plaintiffs | : |
| v. | : |
| ROAD SCHOLAR TRANSPORTATION, LLC, 2001 LEASING CORPORATION, and JOSHUA P. CASWELL, | : : : |
| Defendants | : APRIL 7, 2016 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure Rule 7.1(a), the defendants, Road Scholar Transportation, LLC, 2001 Leasing Corporation and Joshua P. Caswell, by and through the undersigned counsel, hereby certify the following information:

1.  Road Scholar Transportation, LLC, is a Pennsylvania limited liability company. Its sole member is James C. Barrett, who is a resident of Pennsylvania. Road Scholar Transportation, LLC does not have a parent corporation. No publicly held corporation owns 10% or more of the limited liability company.

2.  2001 Leasing Corporation is a Pennsylvania "S" corporation. Its sole shareholder is James C. Barrett, who is a resident of Pennsylvania. 2001 Leasing Corporation does not have a parent corporation. No publicly held corporation owns 10% or more of its shares.

Respectfully submitted, this 7th day of April 2016.

THE DEFENDANTS,
ROAD SCHOLAR TRANSPORTATION, LLC,
2001 LEASING CORPORATION, and
JOSHUA P. CASWELL

BY /s/
Timothy S. Jajliardo (ct21110)
Eric R. Schwerzmann (ct27627)
LITCHFIELD CAVO LLP
82 Hopmeadow Street, Suite 210
Simsbury, CT 06089
T: (860) 413-2800
F: (860) 413-2801
Email: jajliardo@litchfieldcavo.com
schwerzmann@litchfieldcavo.com

## CERTIFICATION OF SERVICE

I hereby certify that on April 7, 2016, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Ridgely Whitmore Brown, Esq.
15 Fifth Street
Stamford, CT 06905
**Counsel for**: Tavonn R. Jenkins
  Tavonn R. Jenkins, Jr.
  Mia Cherie Jenkins

_____
Eric R. Schwerzmann